```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7             IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,   ) CASE NO. 1:02CR5101 AWI
                               )
11         Plaintiff,          ) MOTION AND ORDER FOR
                               ) DISMISSAL OF INDICTMENT
12    v.                       )
                               )
13 MARTHA RAMOS TORRES,        )
                               )
14         Defendant.          )
                               )
15 _____)
16
17      The United States Attorney's Office, pursuant to Rule 48(a)
   of the Federal Rules of Criminal Procedure, hereby moves to
18
   dismiss the indictment, against MARTHA RAMOS TORRES, in the
19
   interest of justice and without prejudice.
20
   DATED: February 23, 2009            Respectfully submitted,
21
                                       LAWRENCE G. BROWN
22                                     Acting United States Attorney
23
                                   By   /s/ Sheila K. Oberto
24                                     SHEILA K. OBERTO
                                       Assistant U.S. Attorney
25
26
27
28

                              1
```

```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SHEILA K. OBERTO
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7          IN THE UNITED STATES DISTRICT COURT FOR THE
 8                  EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    ) CASE NO. 1:02CR5101 AWI
                                 )
11          Plaintiff,           ) ORDER FOR
                                 ) DISMISSAL OF INDICTMENT
12      v.                       )
                                 )
13  MARTHA RAMOS TORRES,         )
                                 )
14          Defendant.           )
                                 )
15                               )
```

IT IS HEREBY ORDERED, that the Indictment against MARTHA RAMOS TORRES, be dismissed in the interest of justice and without prejudice.

IT IS SO ORDERED.

**Dated:   February 23, 2009**            /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE

2