```
LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTHA RAMOS TORRES,<br><br>    Defendant. | CASE NO. 1:02CR5101 AWI<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF INDICTMENT |

    The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against MARTHA RAMOS TORRES, in the interest of justice and without prejudice.

DATED: February 23, 2009        Respectfully submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

                               By  /s/ Sheila K. Oberto
                                    SHEILA K. OBERTO
                                    Assistant U.S. Attorney

```
LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:02CR5101 AWI |
| Plaintiff, | ) ORDER FOR |
| | ) DISMISSAL OF INDICTMENT |
| v. | ) |
| MARTHA RAMOS TORRES, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED, that the Indictment against MARTHA RAMOS TORRES, be dismissed in the interest of justice and without prejudice.

IT IS SO ORDERED.

**Dated:   February 23, 2009**        /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE